*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 26, 2023

Mr. Alan Grayson
870 N. Miramar Avenue
Room 242
Indialantic, FL 32903

Mr. Graham White
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-20227   USA v. Conyers
                         USDC No. 4:06-CV-4024

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

      Sincerely,

      LYLE W. CAYCE, Clerk

      *Charles Whitney*

      By: _____
      Charles B. Whitney, Deputy Clerk
      504-310-7679

cc:
  Ms. Elspeth Alma England
  Mr. Victor Kubli
  Mr. Charles Wylie Scarborough
  Mr. David W. Tyler